# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
Criminal No. 3:24-cr-00054-RGE-SBJ-1   :   Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Ronald Dickey Mason

Gov. Atty(s): Matthew A. Stone : ✔ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s): Terence L. McAtee : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ☐ In Person ✔ Video Conference : Code Violation/Offense:
✔ All Parties Consent to Video Proceeding : 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to Distribute a Controlled Substance (1)
Court Reporter: FTR Gold - 242 :
Interpreter: N/A : 21:841(a)(1), 841(b)(1)(A) Possession with Intent to Distribute a Controlled Substance (2)
☐ Interpreter Sworn : 18:924(c)(1)(A)(i) Carrying a Firearm During and In Relation To a Drug Trafficking Crime (3)
Date: September 13, 2024

Initial Appearance Start Time: 1:34 pm   Arraignment Start Time: 1:38 pm   End Time: 1:49 pm

## Initial Appearance

✔ Advised of Rights : ✔ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
✔ Rule 5 Admonition Given :

## Arraignment

Trial Scheduled for: October 28, 2024 : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: September 27, 2027 : ✔ Indicted in True Name
Reciprocal Discovery due: October 4, 2024 : True Name:
Pretrial Motions due: October 7, 2027 : ✔ Reading of Indictment Waived
Plea Notification Deadline: : Plea of Not Guilty Accepted as to Ct(s): 1-3
Plea Entry Deadline: October 15, 2024 : ✔ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): ✔ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.
October 8, 2024, at 1:00 pm
Before the Honorable Stephen B. Jackson Jr., Davenport Rm 120

## Custody Status

✔ Government Moved for Detention :
☐ Defendant Waived Preliminary Examination : Detention Hearing Set: September 18, 2024, at
☐ Defendant Waived Detention Hearing : Before: The Honorable William P. Kelly
Court Ordered Defendant: : Courthouse: Davenport   Room: 242
☐ Released on Bond : Revocation Hearing Set:
✔ Detained : Before:
: Courthouse:   Room:

The Court finds that today's hearing was conducted by reliable electronic means.

/s/ Brian Phillips
Deputy Clerk